IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara A. Baker, a/k/a Barbara Baker, | : | |
| Debtor | : | |
| | : | |
| M&T Bank, | : | |
| Movant | : | |
| Vs. | : | NO.: 5:19-bk-04525 RNO |
| | : | |
| Barbara A. Baker, a/k/a Barbara Baker | : | |
| | : | |
| Respondent | : | |
| | : | |
| Charles J. Dehart, III, Esquire | : | |
| | : | 11 U.S.C. Section 362 |
| Trustee | : | |

## **ORDER**

Upon consideration of Debtors' Response in Opposition to Movant's Motion for Relief from Automatic Stay, IT IS HEREBY ORDERED AND DECREED THAT:

Movant's Motion is denied.