IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Barbara A. Baker, a/k/a Barbara Baker,<br>Debtor | : | |
| M&T Bank,<br>Movant | : | |
| Vs. | : | NO.: 5:19-bk-04525 RNO |
| Barbara A. Baker, a/k/a Barbara Baker<br>Respondent | : | |
| Charles J. Dehart, III, Esquire<br>Trustee | : | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on April 23, 2020 I served a copy of Debtor's Response in Opposition to Motion of M&T Bank for Relief from Automatic Stay on the following parties in this matter:

Chapter 13 Standing Trustee  
Charles J. DeHart, III, Esquire  

James C. Warmbrodt, Esquire,  
Attorney for Movant, M&T Bank  

By ECF  

By ECF  

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire  
Address: 341 Wyoming Avenue  
West Pittston, Pennsylvania 18643  

Date: April 23, 2020