# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :          CHAPTER 13

Barbara A. Baker, a/k/a Barbara Baker      :

                                                    :

Debtor                                              :          CASE NO.: 5:19-bk-04525

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on April 29, 2020, I served a copy of DEBTOR'S MOTION TO EXTEND TIME TO FILE AN AMENDED PLAN on the following parties in this matter:

Chapter 13 Standing Trustee                         United States Trustee
Charles J. DeHart, III, Esquire

By ECF                                              By ECF

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire
Address: 341 Wyoming Avenue
West Pittston, Pennsylvania 18643

Date: April 29, 2020